**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAMEL J. OLIVER,<br><br>           Petitioner,<br><br>   vs.<br><br>M.S. EVANS, WARDEN,<br><br>           Respondent. | CASE NO. CV 09-05727 ODW (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of TRAMEL J. OLIVER for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: October 6, 2010

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE